UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TOM MAHON, et al. | ) | CASE NO.   1:15-cv-00180 |
| | ) | |
| Plaintiffs, | ) | JUDGE SUSAN J. DLOTT |
| | ) | |
| v. | ) | **PLAINTIFFS' NOTICE OF** |
| | ) | **VOLUNTARY DISMISSAL** |
| | ) | **WITHOUT PREJUDICE** |
| ALL AROUND TRANSPORTATION, INC., et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Tom Mahon hereby gives notice of his voluntary dismissal of his action pursuant to F.R.C.P. 41(A)(1).  Said dismissal is made without prejudice.

                                                  Respectfully submitted,

                                                  s/Joseph F. Scott_____
                                                  JOSEPH F. SCOTT (0029780)
                                                  Scott & Winters Law Firm, LLC
                                                  The Superior Building
                                                  815 Superior Avenue E., Suite 1325
                                                  Cleveland, OH  44114
                                                  216-498-9100
                                                  jfscld@yahoo.com

**CERTIFICATE OF SERVICE**

      I certify that on this 18th day of May, 2015 a copy of the foregoing Plaintiffs' Notice of Voluntary Dismissal Without Prejudice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                                  s/Joseph F. Scott_____
                                                  JOSEPH F. SCOTT (0029780)